■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAKEM T. COLDALLAH, Appellant. (Appeal No. 2.) [915 NYS2d 882]—Appeal from a judgment of the Niagara County Court (Sara S. Sperrazza, J.), rendered October 6, 2009. The judgment convicted defendant, upon his plea of guilty, of attempted criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Peradotto, Carni, Green and Gorski, JJ.